LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244




FILED

NOV - 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> WAFFLESQUARE INC. DBA WAFFLE SQUARE; JOANNE SASO. <br><br> Defendants, | No. CIV.S.05-1892 WBS DAD <br><br> **REQUEST FOR DISMISSAL AND ORDER THEREON** |

1  Plaintiff, TONY MARTINEZ, requests the Court dismiss the above entitled
2  action, without prejudice, **as to ALL PARTIES.**

5  Dated: October 31, 2005          LAW OFFICES OF LYNN HUBBARD

                                    /s/ Lynn Hubbard, Esquire            /
                                    LYNN HUBBARD, III
                                    Attorney for Plaintiff

10  IT IS SO ORDERED

12  Dated: 11/4/2005                _____
                                    Judge of the District Court

Request for Dismissal and Order Thereon            MARTINEZ v. WAFFLE SQUARE
                                                   No. CIV.S. 05-1892 WBS DAD